UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EMMANUEL JACKSON BERNADIN,  )
JR.                         )
                            )
        Plaintiff,          )
                            )
    vs.                     )
                            )
MARRIOTT INTERNATIONAL, INC.; )    Cause No. 1:17-CV-02753-TWP-TAB
HOST INDIANAPOLIS I LP; HST  )
LESSEE KEYSTONE LLC d/b/a    )
SHERATON INDIANAPOLIS HOTEL,)
                            )
        Defendants.         )

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the *Stipulation of Dismissal with Prejudice* filed by

the parties, and the Court, having considered the same and being duly advised, now ORDERS

as follows:

IT IS ORDERED, ADJUDGED AND DECREED that this matter shall be, and

hereby is, dismissed with prejudice, each party to bear his or its own costs, expenses, and

attorneys' fees.

ALL OF WHICH IS ORDERED

Date: 8/5/2019

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

All ECF-registered counsel of record via email generated by the Court's ECF system